# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0513 | E1663379 | B. Mitchell | C071 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 7/24/2025 1025 HR | 21 USC 863 |

**Place of Offense:** 3990 E. Broad St. Columbus, OH 43213

**Offense Description; Factual Basis for Charge** HAZMAT ☐

POSSESSION DRUG PARAPHERNALIA

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| KELLY | THOMAS | R |

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| PWK 6775 | OH | 14 | Freightliner | | White |

**A ☑ APPEARANCE IS REQUIRED** - If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** - If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 85 MARCONI BLVD. COLUMBUS, OH 43215  614-469-5715
Date: 10/15/2025  Time: 1100 AM

X Defendant Signature: [signed]

*E1663379*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **July 24**, 20 **25** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**

On 24 July 2025 at 1010hrs. Mr. Kelly, Thomas, Ohio D/L(RS 251172) driving for Light Express attempted to enter DSCC through the commercial gate to make a delivery to Building 30. Kelly was asked if he had anything to declare (guns, knives, drugs, explosives etc.) to which he answered "NO". During the search of the vehicle, a white 2014 Freightliner (PWK 6775), I discovered a glass marijuana pipe with burnt marijuana and a small silver bag containing approximately 5 grams of marijuana in plain view in the open storage compartment above the driver sun visor.

The foregoing statement is based upon:
☑ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/24/2025  [signed] B. Mitchell

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident