**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**THOMAS R KELLY,**<br>**Defendant.** | **CASE NO. 2:25-mj-00543**<br>**MAGISTRATE JUDGE JOLSON** |

---

**ORDER**

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED THAT this case be DISMISSED.

s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

7/30/2026
**DATE**